# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LAURA NARWARECE, et al.,<br><br>　　　　Defendants. | 1:16-cv-00954-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED **NON-PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE (45) DAYS |

　　　　Plaintiff, a civil detainee proceeding pro se, filed this civil rights action on July 1, 2016. Plaintiff also filed a motion seeking leave to proceed in forma pauperis, but the form application is not the correct form, nor is it complete.

　　　　Plaintiff has indicated that he is both incarcerated and being civilly detained in a mental hospital, and has not signed the application. A certificate has been attached as well that only applies to incarcerated individuals.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Within forty-five (45) days from the date of service of this order, Plaintiff shall file the attached **non-prisoner** application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

　　　　2.　　No extension of time will be granted without a showing of good cause; and

///

///

1

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **July 8, 2016**              /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE