UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LAURA NARWARECE,<br><br>　　　　　　Defendant. | 1:16-cv-00954-DAD-BAM (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS (ECF No. 7)<br><br>ORDER REGARDING MOTION TO PROCEED IN FORMA PAUPERIS (ECF No. 2) |

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000)

Currently before the Court is Plaintiff's application to proceed in forma pauperis, signed and dated July 12, 2016. (ECF No. 7.) Examination of these documents reveals that Plaintiff is unable to afford the costs of this action. Accordingly, it is HEREBY ORDERED:

　　1.　　Plaintiff's application to proceed in forma pauperis (ECF No. 7) is GRANTED; and,

///

1

2.	Plaintiff's previous, incomplete motion for leave to proceed in forma pauperis (ECF No. 2) is TERMINATED AS MOOT.

IT IS SO ORDERED.

Dated:   **July 20, 2016**              /s/ Barbara A. McAuliffe              
                                                    UNITED STATES MAGISTRATE JUDGE