# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>LAURA NARWARECE,<br><br>    Defendant. | Case No.  1:16-cv-00954-DAD-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(ECF No. 9)<br><br>**TWENTY (20) DAY DEADLINE** |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on July 5, 2016. (ECF No. 1.)

On January 13, 2017, the Court dismissed Plaintiff's complaint with leave to amend within thirty (30) days. (ECF No. 9.) The Court expressly warned Plaintiff that the failure to file an amended complaint in compliance with the Court's order would result in this action being dismissed, with prejudice, for failure to state a claim and failure to obey a court order. (*Id.* at 5.) The deadline for Plaintiff to file an amended complaint has passed, and he has not complied with or otherwise responded to the Court's order.

///

1  Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause in writing, within
2 **twenty (20) days** of service of this order, why this action should not be dismissed, with prejudice,
3 for failure to comply with the Court's January 13, 2017 order, for failure to state a claim, and for
4 failure to prosecute.  Plaintiff can comply with this order to show cause by filing a first amended
5 complaint.  **The failure to comply with this order will result in the dismissal of this action,
6 with prejudice, for failure to state a claim, failure to obey a court order, and failure to
7 prosecute.**

IT IS SO ORDERED.

Dated:   **February 22, 2017**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE